October 17, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-17-00234-CV                          V.

FRANK GUTKOWSKI, INDIVIDUALLY AND AS REPRESENTATIVE FOR THE ESTATE OF PATRICIA GUTKOWSKI, DECEASED, TAMMIE RENE GUTKOWSKI AND CARL GUTKOWSKI, Appellees

————————————————————

This cause, an appeal from the order denying appellant City of Houston's plea to the jurisdiction and motion to dismiss, signed March 8, 2017, was heard on the transcript of the record. We have inspected the record and find that the trial court erred in ruling that appellant City of Houston's governmental immunity was waived under the Texas Tort Claims Act. We therefore order the court's order below **REVERSED** and **RENDER** judgment dismissing the claims of appellees, Frank Gutkowski, Individually and as Representative for the Estate of Patricia Gutkowski, Deceased, Tammie Rene Gutkowski and Carl Gutkowski against appellant City of Houston.

We further order that all costs incurred by reason of this appeal be paid jointly and severally by appellees, Frank Gutkowski, Individually and as Representative for the Estate of Patricia Gutkowski, Deceased, Tammie Rene Gutkowski and Carl Gutkowski.

We further order this decision certified below for observance.